# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brandon Andrew Martinez,<br><br>　　　　Movant,<br><br>v.<br><br>United States of America.,<br><br>　　　　Respondent. | No. CV-19-01802-PHX-JJT (JZB)<br><br>**ORDER** |

At issue is the Report and Recommendation (Doc. 21) ("R&R") submitted in this matter by United States Magistrate Judge John Z. Boyle, recommending the Court grant Movant's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (Doc. 1). The parties had 14 days from the date of the R&R's entry to file any objections thereto; failure to timely file any objections is considered a waiver of [the non-objecting party's] right to *de novo* consideration of the issues," per *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003), and a waiver if their right to appellate review of any findings of fact the Court makes in this Order pursuant to the R&R. (Doc. 21 at 7 - 8.)

The government filed no objections and the time to do so has now passed; it has therefore waived the above rights and the Court may accept the R&R without further review. However, the Court notes the government's failure to file objections was not the product of neglect, but rather a conscious decision consistent with its affirmative withdrawal of its opposition to the Motion (Doc. 20). Nonetheless the Court independently

reviewed the matter, briefs and R&R, and upon so doing concludes that Judge Boyle's R&R and its underlying analysis is correct.

Movant did procedurally default by failing to raise the issue of whether he had prior felony convictions on direct appeal, but he is nonetheless eligible for relief under the "actual innocence" gateway. As outlined in detail in Judge Boyle's R&R, Ninth Circuit law developed the year after Movant's sentencing in this matter, as reflected in *United States v. Valencia-Mendoza*, 913 F.3d 1215 (9th Cir. 2019), rendered Movant's state convictions not felonies for purposes of 18 U.S.C. § 922(g)(1). The elements of Section 922(g) therefore are not met and Movant is actually innocent of that charge. The Court will thus vacate the Section 922(g)(1) conviction.

IT IS ORDERED adopting the Report and Recommendation (Doc. 21) and all of its underlying reasoning.

IT IS FURTHER ORDERED granting Movant's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 (Doc. 1) and vacating Movant's conviction under 18 U.S.C. § 922(g)(1).

IT IS FURTHER ORDERED directing the Clerk of Court to terminate this matter.

Dated this 4th day of May, 2020.

Honorable John J. Tuchi
United States District Judge